UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-4928-DMG (KSx) | Date | March 3, 2023 |

Title   *In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Daniel J. Kurowski - VTC | Qian Shen |
| Cheryl A. Kenner | Vito A. Costanzo |

**Proceedings:   DEFENDANT PEPPERDINE UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' INDIVIDUAL CLAIMS [79]**

   The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

0:16