Steve W. Berman (*Pro Hac Vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152

[Additional Counsel listed on signature page]

*Attorneys for Plaintiffs and proposed class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation, | No. 2:20-cv-4928-DMG-KS<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION [ECF 96]**<br><br>Date:       September 15, 2023<br>Time:       3:00 p.m.<br>Courtroom:  8C<br><br>Action filed:   June 3, 2020<br>Consolidated:  August 30, 2020<br>Trial Date:    May 7, 2024<br>Time:         8:30 a.m.<br>Courtroom:    8C |

Plaintiffs submit as **Exhibit 1** the Order On Motion for Class Certification entered in *Stewart v. The University of Maine System*, No. CV-20-537, (Me. Super. Ct., Cum. Cnty. Sept. 8, 2023), which recently granted class certification of various classes in COVID-19 tuition and fee litigation.

DATED: September 13, 2023   Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Daniel J. Kurowski*

Christopher R. Pitoun (SBN 290235)
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
*christopherp@hbsslaw.com*

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
*steve@hbsslaw.com*

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
*dank@hbsslaw.com*
*whitneys@hbsslaw.com*

Carney R. Shegerian (SBN 150461)
*CShegerian@Shegerianlaw.com*
Anthony Nguyen (SBN 259154)
*ANguyen@Shegerianlaw.com*

- 2 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cheryl A. Kenner (SBN 305758)
*CKenner@Shegerianlaw.com*
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
T: (310) 860-0770
F: (310) 860-0771

*Attorneys for Plaintiffs and proposed class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 13, 2023, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs, certifies that this notice complies with the 25-page count limit set by the Court's Initial Standing Order entered in this case. *See* ECF 11.

*/s/ Daniel J. Kurowski*
Daniel J. Kurowski