UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | CV 20-4928-DMG (KSx) | Date | November 22, 2023 |
|---|---|---|---|
| Title | *In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NOT PRESENT | NOT PRESENT |

**Proceedings: IN CHAMBERS—ORDER DENYING DEFENDANT'S MOTION TO STAY AS MOOT [116]**

Pursuant to Defendant's notice of withdrawal of motion to stay [Doc. # 120], the Court hereby **DENIES** Defendant's motion to stay **as moot**. [Doc. # 116.] The December 1, 2023 hearing is **VACATED**.

**IT IS SO ORDERED.**