Steve W. Berman (*Pro Hac Vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152

[Additional Counsel listed on signature page]

*Attorneys for Plaintiffs and Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation | No. 2:20-cv-4928-DMG-KS<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER APPROVING ISSUANCE OF CLASS NOTICE; [*PROPOSED*] ORDER**<br><br>Action filed:   June 3, 2020<br>Consolidated: August 30, 2020<br>Trial Date:    May 7, 2024<br>Time:          8:30 a.m.<br>Courtroom:     8C<br><br>Hearing Date: None Requested<br>Time: N/A |

**STIPULATION AND JOINT REQUEST FOR ORDER**
**APPROVING ISSUANCE OF CLASS NOTICE**

This Stipulation and Joint Request for Order Approving Issuance of Class Notice is made and entered into by and between Plaintiffs and Class Representatives Matthew Rezvani and Joseph Pinzon, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Pepperdine University ("Pepperdine"), collectively the "Parties" to this action, by and through their respective counsel, with reference to the following:

WHEREAS, on September 26, 2023, the Court issued an Order Certifying a Class in this Action pursuant to Rule 23 of the Federal Rules of Civil Procedure [ECF 115] ("Class Order");

WHEREAS, as a result of the Court's Class Order certifying a class under Rule 23(b)(3), Plaintiffs must now issue notice to the class in accordance with Rule 23(c)(2)(B);

WHEREAS, the Class Order did not specify requirements regarding the form of and/or timing of class notice;

WHEREAS, to assist with issuing the required class notice, Plaintiffs have retained RG/2 Claims Administration LLC to serve as the notice administrator;

WHEREAS, Trial in this case is scheduled to begin on May 7, 2024, and a Final Pretrial Conference is scheduled for March 26, 2024;

WHEREAS, in light of the requirements of Rule 23(c)(2)(B) and in accordance with the parameters of the Class, as defined in the Class Order, the Parties have met and conferred regarding the timing, nature, and details of class notice, and have reached agreement regarding (i) the proposed form of notice, (ii) the proposed notice plan and schedule, and (ii) the appointment of RG/2 Claims Administration ("RG/2 Claims") as notice administrator;

WHEREAS, as a result of those discussions, the Parties have jointly agreed and request this Court's Order approving the proposed Class notice form, plan, and schedule as follows:

1. The Notice Administrator:  The Parties propose that Plaintiffs' engaged class notice administrator, RG/2 Claims Administration ("RG/2 Claims"), serve as the notice administrator in this case.  As the Notice Administrator, RG/2 Claims will, *inter alia*, issue the Court approved form of notice, host a website providing further information about this case for class-members to access, and process all opt-out requests;

2. The Proposed Form of Notice:  Attached here as **Exhibit "A"** is a proposed form of notice that the Parties jointly propose be sent to all identified class members (hereinafter, the "Notice").  The Notice states in concise and easily understood language the nature of the action, the definition of the certified class, how to identify if a Pepperdine student is a member of the class, how class members can learn more about the nature and details of the Parties' claims and defenses, the upcoming trial date, and how class members can opt-out.

3. The Proposed Notice Plan:  Because Class member contact information is available in this case, the Parties' propose that all identifiable class members be provided direct notice, as follows (hereinafter the "Proposed Notice Plan"):

   a. The Notice will first go out by email to approximately 7,000 students, followed by mail notice for any undeliverable emails. *See* **Exhibit "B"**, Declaration of William W. Wickersham ("Wickersham Decl.") at ¶¶ 7-11.

   b. Any students whose emails are returned as undeliverable will be sent follow-up notice by U.S. Mail. *Id.* ¶ 10. The combination of direct

email notice and postcards should reach at least 90% of the certified class. *Id.* ¶ 11.

4. <u>The Proposed Notice Schedule:</u>  The Parties propose that the Notice be provided to the class according to the following schedule, which will allow all opt-outs to be received no later than March 22, 2024 – two (2) business days before the Final Pretrial Conference (hereinafter the "Proposed Notice Schedule").  Each date is presently based on entry of the Court's approval of the Proposed Notice and Proposed Notice Plan.  To the extent that the calculation of a date falls on a weekend, the next business day will apply for the deadline.  To the extent that there is a delay in the Court's approval of the Proposed Notice and/or the Proposed Notice Plan, the Parties reserve their rights to approach the Court for a further modification of the case and/or notice schedule.

| Event | Date |
|---|---|
| Deadline to issue email notice | As soon as reasonably practicable, but no later than 14 days after entry of order approving Notice and Plan |
| Deadline to issue US mail notice for any undeliverable emails | 21 days after entry of order approving Notice and Plan |
| Opt-out deadline | 45 days after issuance of email notice, but in no event later than March 22, 2024 |

WHEREAS, because direct notice to class members is the best notice that is practicable under the circumstances, the Parties further request this Court's Order authorizing and directing Pepperdine to produce class member contact information to the notice administrator within seven days of entry of an order approving the form and manner of notice to issue in this case.  Such contact information shall include, for each

- 3 -

identifiable class member, the following information existing in Pepperdine's current records (collectively, the "Class Contact Information"): (1) The class member's first and last name; (2) last known email address; (3) last known mailing address; and (4) last known primary and alternate phone numbers.

WHEREAS, to the extent that such an order is necessary to facilitate production of this information under the Family Educational Rights And Privacy Act, the Parties further request that this Court's Order include the following language:

> This Order shall constitute a "judicial order" within the meaning of the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g and 34 C.F.R. § 99.31(a)(9), sufficient to compel Pepperdine University to provide Class Members' contact information to the Notice Administrator.  The Court further rules that the Notice Plan outlined in the Parties' Stipulation and Joint Request constitutes a reasonable effort per 34 C.F.R. § 99.31(a)(9)(ii) to notify eligible students (or their parents) of this order sufficiently in advance of disclosure to allow the student (or parent) an opportunity to seek protective action, including filing a motion to quash with this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and approval of the Court is respectfully requested of the [*Proposed*] Order attached hereto, that:

(1)    RG/2 Claims shall serve as the Notice Administrator in this case.

(2)    The Class Notice, as set forth in Exhibit A hereto, is approved in form and content.

(3)    The Proposed Notice Plan and Schedule, as set forth herein and in Exhibit B hereto, is approved.  RG/2 Claims shall issue the Notice to the Class, as follows:

| Event | Date |
|---|---|
| Deadline to issue email notice | As soon as reasonably practicable, but no later than 14 days after entry of order approving Notice and Plan |

- 4 -

| Deadline to issue US mail notice for any undeliverable emails | 21 days after entry of order approving Notice and Plan |
| --- | --- |
| Opt-out deadline | 45 days after issuance of email notice, but in no event later than March 22, 2024 |

(4)     To facilitate direct notice to all identifiable class members, Pepperdine is directed and authorized, as contemplated as a judicial order within the meaning of the Family Educational Rights And Privacy Act, to produce the Class Contact Information to RG/2 Claims within seven (7) days from the issuance of the Court's Order approving of this Stipulation and Joint Request.

DATED:  January 25, 2024          Respectfully submitted,

FOR PLAINTIFFS

By:  _/s/ Daniel J. Kurowski_____
Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
*dank@hbsslaw.com*
*whitneys@hbsslaw.com*

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
*christopherp@hbsslaw.com*

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP

- 5 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
*steve@hbsslaw.com*

By: */s/ Cheryl A. Kenner*
Carney R. Shegerian (SBN 150461)
*CShegerian@Shegerianlaw.com*
Anthony Nguyen (SBN 259154)
*ANguyen@Shegerianlaw.com*
Cheryl A. Kenner (SBN 305758)
*CKenner@Shegerianlaw.com*
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
T: (310) 860-0770
F: (310) 860-0771

*Attorneys for Plaintiffs and Class*

DATED:  January 25, 2024          Respectfully submitted,

FOR DEFENDANT

By: */s/ Kristina S. Azlin*
HOLLAND & KNIGHT LLP
Vito A. Costanzo, SBN 132754
Kristina S. Azlin, SBN 235238
Stacey H. Wang, SBN 245195
Qian (Sheila) Shen, SBN 332048
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
Email: vito.costanzo@hklaw.com
kristina.azlin@hklaw.com
stacey.wang@hklaw.com
qian.shen@hklaw.com

*Attorneys for Defendant Pepperdine University*

- 6 -

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on January 25, 2024, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By:  _/s/ Daniel J. Kurowski_
Daniel J. Kurowski

## **ECF ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(a), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:  _/s/ Daniel J. Kurowski_
Daniel J. Kurowski