1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **WESTERN DIVISION**

11 | In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation | No. CV-20-04928-DMG (KSx) |

12 **ORDER APPROVING STIPULATION AND  JOINT REQUEST FOR ORDER APPROVING ISSUANCE OF CLASS NOTICE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    On January 25, 2024, the Parties to this case, Plaintiffs Matthew Rezvani and

2    Joseph Pinzon, and Defendant Pepperdine University (the "Parties"), filed a Stipulation

3    and Joint Request for Order Approving Issuance of Class Notice.  Having considered

4    the Parties' Stipulation and Joint Request, and finding good cause therefor,

5    **IT IS HEREBY ORDERED** that:

6    1.    The Parties' Stipulation and Joint Request is **APPROVED**.

7    2.    The Court **APPOINTS** RG/2 Claims Administration LLC as the Notice

8    Administrator.

9    3.    The Proposed Class Notice attached as Exhibit A to the Parties' Stipulation

10   and Joint Request, subject to the modifications made by the Court, is **APPROVED** in

11   both form and content.

12   4.    The Proposed Notice Plan and Schedule, as set forth in the Parties'

13   Stipulation and Joint Request, is **APPROVED**.  Plaintiffs, by and through RG/2 Claims,

14   shall issue the Notice to the Class, as follows:

| Event | Date |
|---|---|
| Deadline to issue email notice | **February 12, 2024** |
| Deadline to issue US mail notice for any undeliverable emails | **February 19, 2024** |
| Opt-out deadline | **March 22, 2024** |

21   5.    To facilitate direct notice to all identifiable class members, Pepperdine is

22   directed and authorized to produce the Class Contact Information to RG/2 Claims by

23   **no later than February 5, 2024**.   Such contact information shall include, for each

24   identifiable class member, the following information existing in Pepperdine's current

25   records (collectively, the "Class Contact Information"): (1) The class member's first

26   and last name; (2) last known email address; (3) last known mailing address; and (4)

27   last known primary and alternate phone numbers.  The Court further finds and

28

1    **ORDERS** that, to the extent needed, this Order shall constitute a "judicial order"

2    within the meaning of the Family Educational Rights and Privacy Act, 20 U.S.C. §

3    1232g and 34 C.F.R. § 99.31(a)(9), sufficient to compel Pepperdine University to

4    provide Class Members' contact information to the Notice Administrator.  The Court

5    further rules that the Notice Plan outlined in the Parties' Stipulation and Joint Request

6    constitutes a reasonable effort per 34 C.F.R. § 99.31(a)(9)(ii) to notify eligible

7    students (or their parents) of this order sufficiently in advance of disclosure to allow

8    the student (or parent) an opportunity to seek protective action, including by filing a

9    motion to quash with the Court.

10

11        **IT IS SO ORDERED.**

12

13

14   DATED:  January 29, 2024

     _____
     DOLLY M. GEE
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-