1  Carney R. Shegerian (SBN 150461)
   *CShegerian@Shegerianlaw.com*
2  Anthony Nguyen (SBN 259154)
   *ANguyen@Shegerianlaw.com*
3  Cheryl A. Kenner (SBN 305758)
   *CKenner@Shegerianlaw.com*
4  SHEGERIAN & ASSOCIATES, INC.
   11520 San Vicente Boulevard
5  Los Angeles, CA 90049
   T: (310) 860-0770
6  F: (310) 860-0771

*Attorneys for Plaintiffs and Class*

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation. | Case No. 2:20-cv-4928-DMG-KS |
|---|---|
| | **NOTICE OF ERRATA RE FILING OF DOCKET NO. 132: PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE PEPPERDINE'S REFERENCES TO MR. REZVANI'S MORAL CHARACTER APPLICATION TO THE BAR FILED ON FEBRUARY 20, 2024** |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiffs Joseph Pinzon and Mathew Rezvani (collectively, "Plaintiffs"), by and through their attorneys, Shegerian & Associates, Inc. and Hagens Berman Sobol Shapiro LLP, hereby submit this Notice of Errata as to Docket Number 132 filed February 20, 2024 entitled Plaintiffs' Notice of Motion and Motion *in Limine* to Preclude Pepperdine's References to Mr. Rezvani's Moral Character Application to the Bar ("Motion").

The Motion was mistakenly filed on behalf of only Plaintiff Joseph Pinzon rather than both Plaintiffs. As such, please disregard Docket Number 132.

Dated: February 20, 2024                    Respectfully submitted,

By: */s/ Cheryl Kenner*

Carney R. Shegerian (SBN 150461)
*CShegerian@Shegerianlaw.com*
Anthony Nguyen (SBN 259154)
*ANguyen@Shegerianlaw.com*
Cheryl A. Kenner (SBN 305758)
*CKenner@Shegerianlaw.com*
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
T: (310) 860-0770
F: (310) 860-0771

Christopher R. Pitoun (SBN 290235)
Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
*christopherp@hbsslaw.com*

Steve W. Berman (*Pro Hac Vice*)
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
*steve@hbsslaw.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
*dank@hbsslaw.com*
*whitneys@hbsslaw.com*

*Attorneys for Plaintiffs and the Class*

**NOTICE OF ERRATA**