1   Steve W. Berman (*Pro Hac Vice*)
    *steve@hbsslaw.com*
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
3   Seattle, WA 98101
    T: (206) 623-7292
4   F: (206) 623-0594
5
    Christopher R. Pitoun (SBN 290235)
6   *christopherp@hbsslaw.com*
    HAGENS BERMAN SOBOL SHAPIRO LLP
7   301 North Lake Avenue, Suite 920
    Pasadena, CA 91101
8   T: (213) 330-7150
    F: (213) 330-7152
9
10
    *Attorneys for Plaintiffs and Class*
11  [Additional Counsel listed on signature page]
12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**
14                   **WESTERN DIVISION**
15
16  *In re Pepperdine University Tuition* | Case No. 2:20-cv-4928-DMG-KS
    *and Fees COVID-19 Refund Litigation*
17                                        | **PLAINTIFFS' NOTICE OF**
                                          | **SUPPLEMENTAL AUTHORITY IN**
18                                        | **OPPOSITION TO DEFENDANTS'**
                                          | **MOTION FOR**
19                                        | **RECONSIDERATION**
20
21
                                          | Action filed:   June 3, 2020
22                                        | Consolidated: August 30, 2020
                                          | Trial Date:     TBD
23
24
25
26
27
28
    PLAINTIFFS' NOTICE                                    No. 2:20-cv-4928-DMG-KS

1    Plaintiffs, by and through their counsel of record, hereby submit this Notice of

2  Supplemental Authority in support of their Opposition to Defendants' Motion for

3  Reconsideration (ECF No. 168). As Plaintiffs notified the Court last week, on April

4  11, 2024, the California Second District Court of Appeal held oral argument on an

5  appeal in *Pham et al. v. Regents of Univ. of California*, Case No. B320813/JCCP5112

6  (ECF No. 280).

7    Plaintiffs have since received an audio recording of this oral argument, and

8  have received a transcript of same. That transcript is attached as **Exhibit A** to the

9  Declaration of Daniel J. Kurowski submitted in support of this Notice.

10

11  Dated: April 15, 2024              Respectfully submitted,

12

13                                     HAGENS BERMAN SOBOL SHAPIRO LLP

14                                     By: */s/ Daniel J. Kurowski*

15                                        Daniel J. Kurowski (*Pro Hac Vice*)
                                        Whitney K. Siehl (*Pro Hac Vice*)

16                                     455 N. Cityfront Plaza Dr., Suite 2410
                                        Chicago, IL 60611

17                                     (708) 628-4949
                                        *dank@hbsslaw.com*

18                                     whitneys@hbsslaw.com

19

20                                     Christopher R. Pitoun (SBN 290235)
                                        HAGENS BERMAN SOBOL SHAPIRO LLP

21                                     301 North Lake Avenue, Suite 920
                                        Pasadena, CA 91101

22                                     T: (213) 330-7150
                                        F: (213) 330-7152

23
                                        *christopherp@hbsslaw.com*
24

25                                     Steve W. Berman (*Pro Hac Vice*)

26                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                        1301 Second Avenue, Suite 2000

27                                     Seattle, WA 98101
                                        (206) 623-7292

28

-1-

1

*steve@hbsslaw.com*

2

Carney R. Shegerian (SBN 150461)

3

*CShegerian@Shegerianlaw.com*
Anthony Nguyen (SBN 259154)

4

*ANguyen@Shegerianlaw.com*

5

Cheryl A. Kenner (SBN 305758)

6

*CKenner@Shegerianlaw.com*
SHEGERIAN & ASSOCIATES, INC.

7

11520 San Vicente Boulevard

8

Los Angeles, CA 90049
T: (310) 860-0770

9

F: (310) 860-0771

10

*Attorneys for Plaintiffs and the Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on April 15, 2024, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By: _/s/ Daniel J. Kurowski_
Daniel J. Kurowski

-3-