1
2

Steve W. Berman (*Pro Hac Vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594

3
4
5
6

Christopher R. Pitoun (SBN 290235)
*christopherp@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152

7
8
9
10

*Attorneys for Plaintiffs and Class*
[Additional Counsel listed on signature page]

11
12

**UNITED STATES DISTRICT COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA**

14
15

**WESTERN DIVISION**

16

| | |
|---|---|
| *In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4928-DMG-KS |
| | **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
| | |
| | Action filed:  June 3, 2020 |
| | Consolidated: August 30, 2020 |
| | Trial Date:     TBD |

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs, through their counsel of record, submit this Notice of Supplemental Authority supporting their Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment (ECF No. 254). Plaintiffs previously notified the Court that California Second District Court of Appeal held oral argument on an appeal in *Pham et al. v. Regents of Univ. of California*, Case No. B320813/JCCP5112. *See* ECF Nos. 174, 177. On June 25, 2024, the Court of Appeal issued its decision in Pham, affirming in part and reversing in part the judgment of the Superior Court of Los Angeles County. A copy of *Pham* is attached as **Exhibit 1**. In doing so, the Court of Appeal vacated the judgment dismissing the plaintiffs' operative complaint after finding the plaintiffs sufficiently alleged that:

> [The university] made a specific promise to provide an in-person, on-campus education. The UC System's emphasis on the value of its in-person and on-campus offerings is threaded throughout portions of its marketing materials, and that, combined with the course catalogs and other writings mentioned in the operative complaint, amount to definite statements regarding the nature of the education it agreed to provide: an in-person, on-campus education. As a result, the reasonable expectations of the parties would be that once a student accepted the Regents' offer to enroll and paid tuition, the Regents would provide an in-person, on-campus education.

Ex. 1 at 16. The Court of Appeal also found inapplicable and distinguishable the appellate opinion in *Berlanga v. University of San Francisco*, 100 Cal. App.5th 75 (2024), on which Pepperdine bases its Motion for Reconsideration of Summary Judgment. *See* Ex. 1, at 19-20; ECF No. 168, 173.

Dated: June 25, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Daniel J. Kurowski*
    Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
*dank@hbsslaw.com*
*whitneys@hbsslaw.com*

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
*christopherp@hbsslaw.com*

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
*steve@hbsslaw.com*

Carney R. Shegerian (SBN 150461)
*CShegerian@Shegerianlaw.com*
Anthony Nguyen (SBN 259154)
*ANguyen@Shegerianlaw.com*
Cheryl A. Kenner (SBN 305758)
*CKenner@Shegerianlaw.com*
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
T: (310) 860-0770
F: (310) 860-0771

*Attorneys for Plaintiffs and the Class*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY     Case No. 2:20-cv-4928-DMG-KS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 25, 2024, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By: _/s/ Daniel J. Kurowski_
Daniel J. Kurowski

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY                    Case No. 2:20-cv-4928-DMG-KS