Steve W. Berman (*Pro Hac Vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152

*Attorneys for Plaintiffs and Class*

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| *In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4928-DMG-KS<br><br>**FOLLOW-UP JOINT REQUEST FOR RULING TO CHIEF JUDGE (Civil L.R. 83-9.4)**<br><br>Action filed:  June 3, 2020<br>Consolidated: August 30, 2020<br>Trial Date:     TBD |

**FOLLOW-UP JOINT REQUEST FOR RULING TO CHIEF JUDGE**

In accordance with Local Rule 83-9.4, Class Plaintiffs Mathew Rezvani and Joseph Pinzon (collectively "Class Plaintiffs") and Defendant Pepperdine University ("Pepperdine"), collectively the "Parties," hereby file this Follow-Up Joint Request for Ruling from Chief Judge as required by Civil L.R. 83-9.4 on Pepperdine's Motion for Reconsideration re Order on Motion for Summary Judgment [ECF No. 168]. Pepperdine's Motion for Reconsideration was originally set for hearing on April 19, 2024, but was taken under submission on April 12, 2024.  *See* ECF No. 176.[1]

For the Court's ease of reference, the following documents and submissions were filed or issued in connection with Pepperdine's Motion for Reconsideration:

| ECF Docket Nos. | Date | Event Description |
|---|---|---|
| ECF No. 168 | March 13, 2024 | Pepperdine's Motion for Reconsideration and Supporting Documents |
| ECF No. 172 | March 29, 2024 | Plaintiffs' Opposition to Pepperdine's Motion for Reconsideration and Supporting Documents |
| ECF No. 173 | April 5, 2024 | Pepperdine's Reply In Support of Motion for Reconsideration and Supporting Documents |
| ECF No. 174 | April 11, 2024 | Plaintiff's Notice of Forthcoming Supplemental Authority |
| ECF No. 175 | April 12, 2024 | Pepperdine's Response to Plaintiff's Notice of Forthcoming Supplemental Authority |
| ECF No. 176 | April 12, 2024 | Order taking Pepperdine's Motion for Reconsideration Under Submission |

---

[1] As indexed below, the last filings relating to Pepperdine's Motion—a notice of supplemental authority and response thereto—were filed on June 25, 2024 and June 28, 2024, respectfully.  However, in an abundance of caution, the Parties file this request based on the date the Court expressly took this Motion under submission, which was April 12, 2024.

| ECF No. 177 | April 15, 2024 | Plaintiff's Notice of Supplemental Authority and Supporting Documents |
| --- | --- | --- |
| ECF No. 178 | June 25, 2024 | Plaintiff's Notice of Supplemental Authority and Supporting Documents |
| ECF No. 179 | June 28, 2024 | Pepperdine's Response to Plaintiff's Notice of Supplemental Authority |

The parties submit this Joint Request to comply with the follow-up duty of counsel imposed by Civil L.R. 83-9.4 but understand the Court may require additional time to decide this matter.

Dated: October 14, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Daniel J. Kurowski
     Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
christopherp@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

1
2
3
4
5
6
7

Carney R. Shegerian (SBN 150461)
*CShegerian@Shegerianlaw.com*
Anthony Nguyen (SBN 259154)
*ANguyen@Shegerianlaw.com*
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
T: (310) 860-0770
F: (310) 860-0771

8
9

*Attorneys for Plaintiffs and the Class*

10

HOLLAND & KNIGHT LLP

11
12
13

*/s/ Vito A. Costanzo (with permission)*
   Vito A. Costanzo
   Kristina S. Azlin
   Stacey H. Wang
   Qian (Sheila) Shen

14
15

*Attorneys for Defendant,*
*Pepperdine University*

16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 14, 2024, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski