Steve W. Berman (*Pro Hac Vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152

*Attorneys for Plaintiffs and Class*

[Additional Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| *In re Pepperdine University Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4928-DMG-KS<br><br>**JOINT STATUS REPORT**<br><br>Action filed:  June 3, 2020<br>Consolidated: August 30, 2020<br>Trial Date:   TBD |

Plaintiffs, Joseph Pinzon, Jr. and Mathew Rezvani, individually and on behalf of all others similarly situated, and Defendant Pepperdine University (collectively the "parties"), by and through their counsel, having met and conferred, hereby state the following:

On March 31, 2025, the Court directed the parties to meet and confer and file a Joint Status Report, proposing new pretrial and trial dates and deadlines. *See* ECF 183.

Having met and conferred on April 23, 2025, and in consideration of the availability of the parties, witnesses and counsel, the parties respectfully request that the Court enter the following deadlines in this matter:

- Deadline to file Joint Status Report re Settlement: **August 28, 2025**;
- Final Pre-Trial Conference: **November 3, 2025**; and
- Trial: **December 1, 2025**, subject to the Court's availability.

| | | |
|---|---|---|
| 1 | Dated: April 28, 2025 | Respectfully submitted, |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | By: /s/ Daniel J. Kurowski |
| 4 | | Daniel J. Kurowski (*Pro Hac Vice*) |
| | | Whitney K. Siehl (*Pro Hac Vice*) |
| 5 | | 455 N. Cityfront Plaza Dr., Suite 2410 |
| 6 | | Chicago, IL 60611 |
| 7 | | (708) 628-4949 |
| | | *dank@hbsslaw.com* |
| 8 | | *whitneys@hbsslaw.com* |
| 9 | | Christopher R. Pitoun (SBN 290235) |
| 10 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 301 North Lake Avenue, Suite 920 |
| 11 | | Pasadena, CA 91101 |
| 12 | | T: (213) 330-7150 |
| | | F: (213) 330-7152 |
| 13 | | *christopherp@hbsslaw.com* |
| 14 | | Steve W. Berman (*Pro Hac Vice*) |
| 15 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 1301 Second Avenue, Suite 2000 |
| 16 | | Seattle, WA 98101 |
| 17 | | (206) 623-7292 |
| | | *steve@hbsslaw.com* |
| 18 | | |
| 19 | | Carney R. Shegerian (SBN 150461) |
| | | *CShegerian@Shegerianlaw.com* |
| 20 | | Anthony Nguyen (SBN 259154) |
| 21 | | *ANguyen@Shegerianlaw.com* |
| | | SHEGERIAN & ASSOCIATES, INC. |
| 22 | | 11520 San Vicente Boulevard |
| 23 | | Los Angeles, CA 90049 |
| | | T: (310) 860-0770 |
| 24 | | F: (310) 860-0771 |
| 25 | | *Attorneys for Plaintiffs and the Class* |
| 26 | | |
| 27 | | |
| 28 | | |

HOLLAND & KNIGHT LLP

*/s/  Kristina S. Azlin*
Vito A. Costanzo
Kristina S. Azlin
Stacey H. Wang
Qian (Sheila) Shen

CALL & JENSEN, APC

David R. Sugden

*Attorneys for Defendant,
Pepperdine University*

-4-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 28, 2025, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski